**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

|  |  |
|---|---|
| **OPULENT TREASURES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**WAYFAIR, LLC., AMALFI DÉCOR, LLC, SAMPAD ENTERPRISES CO. LTD, BRIAN WU, MARIA PAPAGEORGE, TOM WU, TERESA CHANG, AND DOES 1 THROUGH 10,**<br>Defendants. | **Civil Action No.:** 6:22-cv-00037-ADA-DTG |

## ORDER GRANTING APPLICATION FOR DEFAULT JUDGMENT, PERMANENT INJUNCTION, AND ASSET RESTRAINT

Before the Court is a Motion for Default Judgment, Permanent Injunction, for Asset Restraining, and attorney's fees and costs submitted by Plaintiff, Opulent Treasures, Inc. ("Opulent").

Pursuant to Fed. R. Civ. P. 55(b)(1), it appears that judgment by default should be entered against defendants Amalfi Décor, LLC, Sampad Enterprises Co., Ltd, Brian Wu, Maria Papageorge, Tom Wu, and Teresa Chang, (collectively "Defaulting Defendants"), based on the following:

1. Plaintiff has certified to personal jurisdiction and service of process and that the defendants are not infants, incompetent persons, in active military service of the United States of America or its officers or agents.

2. Defendants have not appeared in this action.

1

3. The clerk's default of the defendants was entered on March 1, 2022 as to Amalfi

   Décor, LLC, March 11, 2022 as to Brian Wu and Maria Papageorge, and on March

   17, 2022 as to Sampad Enterprises Co. Ltd, Tom Wu, and Teresa Chang.

WHEREAS, the Court finds that Opulent will suffer irreparable harm if Defaulting

Defendants continue to infringe Opulent's trade dresses, that monetary damages cannot

adequately compensate Opulent for the resulting irreparable harm, and that the balance of

equities and public interest favor entry of a permanent injunction.

WHEREAS, the Court finds that this is an exceptional case.

### DAMAGES AND ENTRY OF DEFAULT

The Court, having considered Opulent's Application and finding good cause, hereby

GRANTS the Application and ORDERS as follows:

1. The application of Opulent for a default judgment and permanent injunction is

   granted;

2. Default judgment is hereby entered against Defaulting Defendants in favor of Opulent

   on all claims in Plaintiff's Complaint;

3. Plaintiff Opulent Treasures, Inc. is awarded statutory damages in the amount of

   $2,000,000 against Amalfi Décor.

4. Plaintiff Opulent Treasures, Inc. is awarded statutory damages in the amount of

   $100,000 against each of the defendants Sampad Enterprises Co., Ltd, Brian Wu,

   Maria Papageorge, Tom Wu, and Teresa Chang.

6. Plaintiff Opulent Treasures, Inc. is awarded its attorney's fees in the amount of $98,564.00 and costs in the amount of $3,745.65 against the Defaulting Defendants, jointly and severally.

7. Plaintiff Opulent Treasures, Inc. is awarded pre- and post-judgment interest.

8. Violation of the permanent injunction included in this judgment by the person enjoined herein who receive actual notice of this order shall constitute contempt of Court, and plaintiff shall be entitled to seek recovery of all reasonable costs and attorney's fees expended in bringing a contempt motion.

## PERMANENT INJUNCTION

IT IS FURTHER ORDERED THAT:

Defaulting Defendants, their officers, agents, servants, employees, and attorneys, and all persons acting in concert or participation with the foregoing who receive actual notice hereof, are PERMANENTLY ENJOINED pursuant to 15 U.S.C. § 1116 and Federal Rule of Procedure 65(d) from:

a. Selling, distributing, importing, reselling, advertising, marketing, and promoting, any of Opulent's Designs (pictured in Exhibit 1, hereto) and any other products that are confusingly similar to Opulent's Designs, including the Infringing Designs, (also pictured in Exhibit 1);

b. Representing Defaulting Defendants' services are in any way sponsored by, approved by, affiliated with, or originated by Opulent;

c. Representing that Defaulting Defendants are Opulent; and

d. Otherwise competing unfairly with Opulent or injuring its business reputation in any manner.

3

IT IS THEREFORE ORDERED that Defaulting Defendants and any entity or individual over which Defaulting Defendants have control which may include affiliated companies, agents, distributors, retailer, or representatives, shall immediately cease and desist from using Opulent's Designs, and any confusingly similar variants thereof.

IT IS THEREFORE FURTHER ORDERED that Defaulting Defendants and any entity or individual over which Defaulting Defendants have control which may include affiliated companies, agents, distributors, retailers, or representatives, are enjoined from any future use of the Opulent's Designs, and any confusingly similar variants thereof in any manner, including advertising, marketing, selling, or rendering any product or service or otherwise using or continuing to use such designs for any purpose.

IT IS THEREFORE FURTHER ORDERED that Defaulting Defendants and any entity or individual over which Defaulting Defendants have control which may include affiliated companies, agents, distributors, retailers, or representatives, are enjoined from making any representation to any person or entity that it/they have authority to use the Opulent's Designs or any design which is confusingly similar to the Opulent's Designs.

IT IS THEREFORE FURTHER ORDERED that Defaulting Defendants and any entity or individual over which Defaulting Defendants have control which may include affiliated companies, agents, distributors, retailers, or representatives, are enjoined from making any representation to any person or entity that it/they or its/their products or services are in any manner associated with, connected to, related to, sponsored by, affiliated with, endorsed by, approved by or recommended by Opulent.

IT IS THEREFORE FURTHER ORDERED that Defaulting Defendants shall use their best efforts to secure and ensure compliance with this Permanent Injunction and Order by any

entity or individual over which Defaulting Defendants have control which may include affiliated companies, agents, distributors, retailers, or representatives.

The Court retains personal jurisdiction over the Parties for purpose of enforcing this Permanent Injunction and Order.

## ASSET RESTRAINT

IT IS FURTHER ORDERED THAT:

Defaulting Defendants, their officers, agents, servants, employees, and attorneys, and all persons acting in concert or participation with the foregoing who receive actual notice hereof, are ENJOINED from transferring Defaulting Defendants' assets except in satisfaction of the damages and fee award due to Opulent; and

Third Parties are hereby ORDERED to transfer to Opulent such assets as are necessary to satisfy the monetary award due to Opulent.

Opulent is allowed such writs and processes necessary to enforce and collect this judgment, including the transfer of assets from Amalfi Décor's merchant accounts on third party platforms, including Amazon, eBay, Wayfair, Walmart, and Shopify in partial satisfaction of the aforementioned liabilities.


IT IS SO ORDERED.


SIGNED on March 1, 2023.

_____
U.S. Magistrate Judge

# EXHIBIT 1

| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|---|---|---|
| 1 |  CS310SG, CS310SR, CS310SS, CS310SC, CS310SW, CS310SPK, CS310STB, CS310SLA, CS310SBL, CS310SLM, CS330SY, CS330SG, CS330SR, CS330SS, CS330SW, CS330SPK, CS330SRED, LED001AW, LED001AG, LED001AS |  Trademark Reg. No.: 5,912,235 |
| 2 |  CS301VG, CS301VS, CS301VR, CS301VW, CS301VC, CS301VGX, CS301VRX, CS301VSX, CS326VG, CS326VC, CS326VR, CS326VS, CS326VW, CS310SGX, CS310SSX, CS310SRX CS307AS, CS307AG, CS307AWG, CS307AB, CS307AGX, CS307ASX, CS307ARX, 301/326VG 301/326VC, 301/326VR, 301/326VS, 301/326VW |  (Ornate trim design)    (Base design) Reg No.: 5,912,235 |

| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|-----|--------------------|--------------------|
| 3 |  CS309AG, CS309AS, CS331S CS331G, CS331B, CS331W |  (Tabletop design)  (Base design 1)     (Base design 2) |
| 4 |  CS311SG, CS311SR, CS311SS, CS311SW, CS311SPK, CS311SGX, CS311SRX, CS311SSX |  |

| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|-----|-------------------|-------------------|
| 5 | CS308AGX, CS308ARX, CS308ASX, CS308AS, CS308AWG, CS308AG | |
| 6 | CS304VG, CS304VR, CS304VS, CS304VGX, CS304VRX, CS304VSX | (Structural design)      (Base design) |



| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|-----|--------------------|--------------------|
| 7 | CS302MG, CS302MW, CS302MR, CS302MS, CS302MWG | (Ornate topper)   (Structural design)<br><br>(Scalloped cupcake holders)<br><br>(Base design) |

| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|---|---|---|
| 8 |   CS300MG, CS300MS |   (Candle holder design)    (Cupcake holder design)   (Base design) |
| 9 |   CS306AG, CS306AS, CS306AW |  |

| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|---|---|---|
| 10 |  CS329G, CS329S, CS329W, CS329R, CS335G, CS335R, CS335S, CS335W, CS334G, CS334R, CS334S, CS334W |  |
| 11 |  CS316AG, CS316AS, CS316AR, CS316AW, CS316APK |  |

| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|---|---|---|
| 12 | <br>CS336VG, CS336VW, CS336VS |  |
| 13 | <br>CS332G, CS332S, CS332R, CS332W, CS332PK |  |
| 14 | <br>CS328GX, CS328RX, CS328SX, CS328G,<br>CS328R, CS328S, CS328W, CS328RED |  |

| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|-----|--------------------|--------------------|
| 15 |  CS303VG, CS303VS, CS303VR, CS303VC, CS303VW, CS303VGX, CS303VRX, CS303VSX | |
| 16 | CJ35SX, CJ35G, CJ35RG, CJ30RG, CJ30G, CJ30S, CJ25G, CJ25RG, CJ25SX | |

| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|---|---|---|
| 17 | CS323GX, CS32RX, CS323SX | (Tabletop design)<br><br>(Base design) |
| 18 | CS313VG, CS313VR, CS313VS, CS312VG, CS312VGX, CS312VR, CS312VRX, CS312VS, CS312VW, CS305VGX, CS305VRX, CS305VSX | (Base design) |

| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|---|---|---|
| 19 | <br><br>CS305VG, CS305VR, CS305VS, CS305VW, CS305VC, CS305VY, CS305IW, CS305VITB, CS305VILA, CS305ILA, CS305VIPK, CS305IPK, CS305VRED, CS305IBL, CS305ILM, CS312VR | <br><br>(Base design) |
| 20 | <br>CD205VG, CD205VS |  |

| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|-----|--------------------|-------------------|
| 21 |  CD208RS, CD208RG |  |
| 22 |  CD206MG, CD206MS |  |
| 23 |  CD210VG, CD210VS |  |

| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|-----|--------------------|-------------------|
| 24 |  CD214G, CD214R, CD214S |  |
| 25 |  CD212VG, CD212VS |   (Floral banding design) |

| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|-----|--------------------|-------------------|
| 26 | CD203VG, CD202VS, CD203VW | (Inverted trim design) (Base design) |
| 27 | CD207SG, CD207SW, CD207SS | (Structure and inverted trim design) |



| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|---|---|---|
| 28 | CD213MG | (Upper leaf design)     (Base design) |
| 29 | CD211TR, CD211TG, CD211TS, CD211TC, CD211TW | (Upper design) (Base design) |

| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|---|---|---|
| 30 | 

CD209JG, CD209JS | 

 

(Candleholder design)   (Base design) |
| 31 | 

CH100TB, CH100TS, CH100TCW, CH100TCPW, CH101TCPW |  |

| Row | INFRINGING DESIGNS | OPULENT'S DESIGNS |
|-----|--------------------|-------------------|
| 32 |  CH107TW, CH113TB, CH113TPK, CH113TW, CH113TLA |  |
| 33 |  ST006VG, ST006VR, ST006VS, ST006VW |  |
| 34 |  |  |